## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.   8:02CR310** |
| **vs.** | ) | |
| | ) | |
| **TAMI MARSOLEK,** | ) | |
| | ) | |
| | ) | **ORDER** |
| **Defendant.** | ) | |

This matter comes on to consider the government's motion for reduction of sentence pursuant to Rule 35(b) and request for hearing. Filing No. 180. Having considered the matter,

IT IS ORDERED that:

1.    The government's request for hearing, Filing No. 180, is granted.

2.    A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) has been set before the undersigned United States district judge on **August 15, 2005 at 11:00 a.m.** in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3.    Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35(b) motion. If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

4.    **The Marshal is directed to return the defendant to the district for this hearing. If the defendant at a later date decides to waive his right to be present at the hearing, he may do so (at least 6 weeks prior to the hearing) by contacting his attorney who shall then inform the court and the U.S. Marshal of defendant's decision. In that event, the defendant may participate telephonically in the hearing by informing his attorney, who in turn shall supply this court with a telephone number at which the defendant may be reached for the hearing.**

Dated this 2nd day of August, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge